UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1235** |
| **BOBBY JINDAL, ET AL.** | **SECTION "F" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Baron Johnson's § 1983 claims against the defendants, Ruth Jackson; Harry Lee; James M. LeBlanc; the State of Louisiana; Bobby Jindal; Kathleen Blanco; the Jefferson Parish Sheriff's Office; Newell Normand; and Paul D. Connick, Jr., are **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this  9th  day of _____June_____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**